**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | **<u>COUNT ONE:</u>**<br>**(*Conspiracy to Traffic Firearms*)**<br>**All Defendants**<br>18 U.S.C. §§ 933(a)(1), (3), and (b)<br>NMT: 15 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony |
| v. | |
| (1) ALEJANDRO ZAVALA<br>[DOB: 09/24/1999], | |
| (2) CODY BONHOMME<br>[DOB: 03/30/1993], | **<u>COUNT TWO</u>**<br>**(*Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine and Marijuana*)**<br>**All Defendants**<br>21 U.S.C.§§ 841(a)(1), (b)(1)(B), and 846<br>NLT 5 Years Imprisonment<br>NMT 40 Years Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years Supervised Release<br>Class B Felony |
| and, | |
| (3) KALEB ACUNA<br>[DOB: 03/28/2001]. | |
| Defendants. | $100 Mandatory Special Assessment for Each Count |

## <u>INDICTMENT</u>

<u>THE GRAND JURY CHARGES THAT</u>:

## <u>COUNT ONE</u>
### (*Conspiracy to Traffic Firearms*)

From on or about March 1, 2023, to on or about May 31, 2023, in the Western District of Missouri, the defendants, ALEJANDRO ZAVALA, CODY BONHOMME, and KALEB ACUNA, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others both known and unknown, to ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit the following firearms:

\*Anderson AM-15, multi-cal semiautomatic pistol, bearing serial # 22104043

*Polymer80, Model PF940SC 9 mm pistol, bearing no serial number converted to a machinegun

*Polymer80 pistol, bearing no serial number, with an uninstalled Machinegun Conversion Device (MCD)

*Anderson AM-15, multi-cal semiautomatic pistol, bearing serial #22104026 converted to a machinegun

*Anderson AM-15, multi-cal semiautomatic pistol, bearing serial #22104040 converted to a machinegun

*Glock, Model 22, .40 caliber pistol, bearing serial number MSE914 converted to a machinegun

*DPMS, Model A-15, multi caliber, bearing serial number N0000786 converted to a machinegun

*Anderson, AM-15, multi caliber firearm, bearing serial number 22114018 converted to a machinegun

*Anderson, AM-15, multi caliber firearm, bearing serial number 22055738 converted to a machinegun

*2 Polymer80, model PF940SC, 9mm caliber pistols bearing no serial numbers with two uninstalled MCDs

intentionally to another person in or otherwise affecting commerce, knowing, or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1), (3) and (b).

## COUNT TWO
### *Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine and Marijuana*

From on or about March 1, 2023, to on or about May 31, 2023, in the Western District of Missouri, the defendants, ALEJANDRO ZAVALA, CODY BONHOMME, and KALEB ACUNA, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others both known and unknown, to knowingly and intentionally distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a

2

detectable amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, and in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 846.

A TRUE BILL.

06/20/2023                                                    /s/ Taylor Jahn
DATE                                                           FOREPERSON OF THE GRAND JURY


/s/ David Barnes
David A. Barnes
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit One
Western District of Missouri

Case 4:23-cr-00148-DGK   Document 29   Filed 06/20/23   Page 3 of 3